IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLEN BETZ<br><br>     Plaintiff<br><br>v.<br><br>TEMPLE HEALTH SYSTEMS<br><br>     Defendant | CIVIL ACTION<br>No. 15-cv-00727 |

## ORDER

**AND NOW**, this 6th day of August, 2015, upon consideration of Defendant Temple Health Systems' Partial Motion to Dismiss (Doc. No. 11), Plaintiff Ellen Betz's Response in Opposition (Doc. No. 15), and Temple Health Systems' Reply (Doc. No. 16), it is **ORDERED** that the Motion is **GRANTED**. Counts I and V of Plaintiff's Amended Complaint are **DISMISSED**.

                BY THE COURT:


                */s/ Gerald J. Pappert*
                GERALD J. PAPPERT, J.