IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLEN BETZ<br><br>                Plaintiff<br><br>   v.<br><br>TEMPLE HEALTH SYSTEMS<br><br>                Defendant | CIVIL ACTION<br>No. 15-cv-00727 |

## ORDER

**AND NOW**, this 13th day of January, 2016, upon consideration of Defendant Temple Health Systems' ("Temple") Motion for Summary Judgment (ECF. No. 28), Plaintiff Ellen Betz's ("Betz") Response in Opposition (ECF No. 35), and Temple's Reply (ECF No. 36), it is **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART**. Judgment is entered in favor of Temple and against Betz with regard to Betz's claim for FMLA retaliation (Count IV) only.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.